IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kirtan Khalsa
United States Magistrate Judge

**Clerk's Minutes**

*Doe v. Farmington Municipal Schools*
Civ. No. 21-103 SCY/KK

Thursday, August 3, 2023, at 11:30 a.m.

On the record on Liberty at ABQ-Hondo_20230803_112213.dcr

**PLAINTIFF'S ATTORNEY PRESENT:**    Andre K. Archuleta

**DEFENDANT'S ATTORNEYS PRESENT:**    Alisha L. Walz
Justin Schutte

**OTHER PERSONS PRESENT:**    Sabrina Lujan

**TYPE OF PROCEEDING:** Hearing on Motion to Compel
Time – 43 minutes

**CLERK'S MINUTES:**

- The Court held a hearing on the record on Plaintiff['s] First Motion to Compel Regarding Defendant Farmington Municipal Schools['] Answers and Responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents to Defendant Farmington Municipal Schools (Doc. 97) ("Motion"), filed June 2, 2023.

- The Court asked counsel if the documents sought in the Motion had since been produced in the related state court case, thereby mooting the Motion. Mr. Archuleta indicated that the requested documents have not yet been produced in the state court case.

- Mr. Archuleta argued in support of the Motion.

- Ms. Walz argued in opposition to the Motion.

- The Court took a short recess.

- For the reasons stated on the record, the Court denied the Motion.

- Counsel indicated that they had nothing further to bring before the Court, and the Court recessed.